| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>James D. Hornbuckle 230407<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703<br>888-990-1211  Fax: 888-990-1213<br>230407 CA<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Jake M. Haro<br>Vanessa Haro<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8/9/18        Jake M. Haro                           _____
                    Printed name of Debtor 1               Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8/9/18        Vanessa Haro                    /s/ Vanessa Haro
                    Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                        F 1002-1.EMP.INCOME.DEC

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 03-31-2018 through Ending Date: 04-13-2018**

219870776
JAKE M HARO
315 N HAMILTON AVE APT A
HEMET, CA 92543

| Payee | Type | Account # | Amount |
|---|---|---|---|
| EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxxxxxxx5326 | $713.66 |
| | | Total Amount | $713.66 |

**Deposit Date** 04-19-2018    **Advice #** 448571557

Please Note: Direct Deposit funds are not available until the Deposit Date listed above on this statement.

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 1 | $20.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.6300 | 75.67 | $1,258.39 | $9,810.80 | FEDERAL TAX | $85.74 | $184.00 |
| OVERTIME EARN | $24.9450 | 2.54 | $63.36 | $1,021.08 | SOCIAL SECURITY | $96.49 | $792.54 |
| LUMP SUM HRLY | | | $0.00 | $80.00 | CALIFORNIA | $32.38 | $92.39 |
| OVERTIME/INCT | | | $0.00 | $2.52 | SDI | $12.61 | $103.61 |
| WM DISCR BONUS | | | $0.00 | $250.00 | INS LIFE | $3.31 | $25.39 |
| PROT PTO USED | $16.6300 | 6.00 | $99.78 | $155.28 | INS DEP LIFE | $5.19 | $39.32 |
| MYSHARE INCT | | | $0.00 | $30.30 | INS LTD | $1.00 | $6.91 |
| PTO PAY | | | $0.00 | $252.48 | INS DEN U * | $33.90 | $271.19 |
| | | | | | INS AD&D U * | $2.49 | $19.91 |
| PTO AVAILABLE | | 18.06 | | | CRITICAL ILL * | $4.16 | $33.46 |
| SICK AVAILABLE | | 0.01 | | | INS MED U HMO* | $109.60 | $868.12 |
| WRKDHRS | | 78.21 | | | INSTAPAY DED | $300.00 | $300.00 |
| PROTPTOUSEDYTD | | 9.44 | | | 401K * | $0.00 | $512.32 |
| PROTECTED PTO | | 41.53 | | | GEN 401K LOAN | $10.94 | $87.52 |
| PERS HRS AVAIL | | 2.65 | | | ACCIDENT * | $1.80 | $14.40 |
| | | | | | INS VIS * | $8.26 | $66.08 |
| | | | | | CHECK DEPOSIT | $713.66 | $7,980.30 |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $1,421.53 | $227.22 | $480.65 | $713.66 | | 448571557 | $713.66 |
| Year to Date | $11,633.21 | $1,172.54 | $2,480.37 | $7,980.30 | | | |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**